**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **PIRIL INSAAT TIC.BILG.ELEKR. BURO.DON.LTD.STL** a/k/a PIRIL Construction Trade & Services Co. | ) | |
| Plaintiff | ) | |
| v. | ) | Civ. No. 10-CV-02008 DKC |
| **WINTARA, INC.** | ) | |
| Defendant | ) | |
| ______________________________ | ) | |

**PETITION REQUESTING ORDER DIRECTING DEFENDANT TO APPEAR FOR EXAMINATION IN AID OF ENFORCEMENT OF JUDGMENT**

PIRIL Construction Trade & Services Co., Plaintiff and Judgment Creditor, through counsel, as its Petition Requesting Order Directing Defendant to Appear for examination in Aid of Enforcement of Judgment, pursuant to F.R.Civ. P 69, respectfully says:

1. This Court entered judgment in Plaintiff's favor against Defendant Wintara, Inc. on November 23, 2010 in the amount of $1,174.216.00 plus costs. The judgment has not been satisfied, either in whole or in part.

2. Plaintiffs respectfully request that this Court summon the Defendant, Wintara, Inc, to appear for examination under oath in aid of enforcement of judgment, pursuant to F.R.Civ.P. 69 and Rule 2-633 of the Maryland Rules of Civil Procedure. The Judgment

Creditor further requests that the Defendant be directed to produce at the examination all papers, books, and accounts in his possession, custody or control, relating to its assets, income, expenditures, property, credit and business transactions as listed in **Exhibit A** attached hereto.

**WHEREFORE**, Piril Construction Trade & Services Co. respectfully requests that this Court enter an order in the form annexed hereto, and for such other and further relief as justice may require.

Date: 1/3/11

_/s/_

James P. Koch
1101 St. Paul St.
Suite 404
Baltimore, MD 21202
410 539 7816
*Attorney for Plaintiff*