# EXHIBIT A

1. Bank account records for all checking, savings, certificate of deposit and similar accounts owned by WINTARA, INC. within the past five (5) years, including without limitation account statements and cancelled checks.

2. Records relating to WINTARA'S ownership of stocks, bonds, money market accounts, and other financial assets within the last past 36 months, including without limitation brokerage account statements and advices concerning the purchases and sale of securities.

3. U.S. Corporate Income Tax Returns for the past 5 years, including all schedules, attachments, and amendments, respecting WINTARA, INC.

4. Records and documents evidencing or relating to any money owed to WINTARA, INC. including without limitation accounts receivable and work in progress records, bills and invoices, requests for payment, and contracts.

5. Titles to all motor vehicles owed by WINTARA, INC.

6. Financial statements prepared by or on behalf of WINTARA, INC. within the past five (5) years, including without limitation statements of profit and loss, balance sheets, and cash flow statements and projections.

7. Insurance policies covering all real and personal property owned by WINTARA, INC., including attachments and riders to all such policies.

8. Lists of all machinery, tools, equipment, fixtures, furnishings, and inventory owned by WINTARA, INC.

9. Records and documents relating to all of WINTARA'S legal claims involving demands for money or damages, including without limitation demand letters, complaints, statements of claim, judgments, awards, garnishments, and executions.

10. Documents relating to intellectual property rights of WINTARA, INC, including without limitation patents, trademarks, copyrights, and royalties.

11. Documents evidencing or relating to WINTARA'S ownership interest in any boats and aircraft.

12. Documents evidencing or relating to WINTARA'S sale, assignment, or transfer within the past five (5) years, whether absolutely or for security, of its interest in any real property, partnership, limited liability company, corporation, or any other type of property or asset.

13 Documents evidencing or relating to WINTARA'S ownership interest in any real property, limited liability company, corporation, partnership, or joint venture.

14. Documents evidencing **WINTARA'S rights or obligations to perform any technology, engineering, construction and maintenance support services, including without limitation contracts and contract awards.**

**15.** Pending offers, bids, and proposals submitted by WINTARA, INC. to any prospective customer or client to provide technology, engineering, construction, maintenance support, or other services.