**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **PIRIL INSAAT TIC.BILG.ELEKR. BURO.DON.LTD.STL** a/k/a PIRIL Construction Trade & Services Co. | ) | |
| Plaintiff | ) | |
| v. | ) | Civ. No. 10-CV-02008 DKC |
| **WINTARA, INC.** | ) | |
| Defendant | ) | |
| ______________________________ | ) | |

**ORDER DIRECTING DEFENDANT TO APPEAR FOR EXAMINATION IN AID OF ENFORCEMENT OF JUDGMENT**

Upon consideration of the foregoing Petition, good cause appearing for granting the requested relief, it is accordingly this ___ day of ____________, 2011, by the United States District Court for the District of Maryland

**ORDERED**, that Wintara, Inc., Judgment Debtor, appear in the U.S. District Court located at 6500 Cherrywood Lane, Greenbelt, MD 20770 before Hon. ________________________________ on _____________, 2011 at _____ __.m in Courtroom No. ________ to be examined under oath concerning any income, assets, property, contracts, and business transactions of Defendant Wintara, Inc., and to bring with it all of the records and documents listed on **Exhibit A** attached to the Petition, to the extent such records and documents are in the Defendant's possession, custody, and control; and it is further

**ORDERED**, that Defendant Wintara, Inc. shall designate one or more officers, directors, managing agents, or other persons with knowledge who will testify on its behalf regarding Defendant's income, assets, property, contracts, and business transactions; and it is further

**ORDERED**, that a copy of the Petition, Exhibit, and this Order shall be served on Defendant Wintara, Inc. on or before the____ day of ______________, 2011.

**DEFENDANT IS ADVISED THAT FAILURE TO APPEAR AS ORDERED MAY SUBJECT DEFENDANT TO PENALTY FOR CONTEMPT. PLEASE BE FURTHER ADVISED THAT ANY OF DEFENDANT'S OFFICERS, DIRECTORS, MANAGING AGENTS, OR OTHERS DETERMINED BY THE COURT TO BE RESPONSIBLE FOR DEFENDANT'S FAILURE TO APPEAR ARE ALSO SUBJECT TO PENALTY FOR CONTEMPT.**

____________________________________
**JUDGE,** U.S. District Court